DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CARL INGRAHAM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0426

[June 3, 2026]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael James Linn, Judge; L.T. Case No. 562017CF001431AXXXXX.

Daniel Eisinger, Public Defender, and Siobhan Shea, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Pablo Ignacio Tapia, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

Appellant raises five issues on appeal arising from his convictions for DUI manslaughter, vehicular homicide, and DUI causing serious bodily injury following a fatal crash. With one exception, we affirm without comment.

As to sentencing, the State properly concedes error regarding certain costs because "a court's oral pronouncement of a sentence controls over the written sentencing document." *Williams v. State*, 957 So. 2d 600, 603 (Fla. 2007). We therefore reverse and remand for correction of costs only. We otherwise affirm.

*Affirmed in part, reversed in part, and remanded.*

CIKLIN, GERBER and LOTT, JJ., concur.

\*        \*        \*

*Not final until disposition of timely-filed motion for rehearing.*